## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROLAND P. HAMILTON, | ) | 3:15-cv-00342-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 13, 2016 |
| | ) | |
| ROMEO ARANAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion for Extension of the 90 Day Stay and Deadline to File 90 Day Stay Report (First Request). (ECF No. 12.)  Defendant states that the stay in this case will expire on June 2, 2016, and the 90 day stay report is due on that day.  However, the necessary representative for settlement are not available until mid-June, 2016, and are only available on Tuesdays.  Defendant therefore requests an extension of the stay deadline and the deadline to file the 90 day stay report to and including June 28, 2016, which will allow the parties to participate in the Early Mediation Conference on Tuesday, June 21, 2016.

With good cause appearing, Defendant's motion is **GRANTED**.  The stay deadline and the deadline to file the 90 day stay report is extended to and including **June 28, 2016.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk