# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROLAND P. HAMILTON, | ) | 3:15-cv-00342-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 12, 2016 |
| | ) | |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:**  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   KATIE OGDEN      **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's motion requesting an extension of his copy work limit in the amount of $50.00 (ECF No. 27). Plaintiff states he has exceeded his copy work limit. The Court notes Plaintiff has responded to Defendants' motion for summary judgment (ECF No. 28), but Plaintiff's relevant medical records were attached to Defendants' motion as Exhibits A & D (ECF No. 23), so he did not have to copy these documents. In fact, in Plaintiff's response to Defendants' motion for summary judgment/motion to dismiss (ECF No. 28), Plaintiff attaches no medical records at all but instead refers to the medical records (Exhibits A & D) provided by the Defendants: "the facts are in the Plaintiff's medical records that the Defendants supplied to the Court in Exhibit A and D filed under seal." (ECF. No. 28 at 10). As such, the Court does not perceive the likelihood of additional filings by the Plaintiff before the motion for summary judgment/motion to dismiss (ECF No. 22) is decided.

Good cause appearing, Plaintiff's motion (ECF No. 27) is **GRANTED IN PART.** Plaintiff's copy work limit shall be increased by $10.00 (which should provide Plaintiff up to 100 copies). The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV  89702) so that the funds can be properly allocated.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:       /s/
Deputy Clerk