# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROLAND P. HAMILTON, | ) | 3:15-cv-00342-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 20, 2016 |
| | ) | |
| ROMEO ARANAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's Motion for Entry of Default (ECF No. 36). Defendant Romeo Aranas has opposed the motion (ECF No. 37).

On February 19, 2016, Plaintiff filed his First Amended Complaint (ECF No. 9). On March 4, 2016, the Court entered a Screening Order allowing Plaintiff's Eight Amendment claim of deliberate indifference to proceed against Defendant Dr. Romeo Aranas, and staying the action for ninety (90) days to allow the parties to participate in an Early Mediation Conference (ECF No. 8). On June 21, 2016, the parties had their Early Mediation Conference; however, no settlement was reached. On June 28, 2016, Defendant Romeo Aranas filed his Report regarding the Results of the 90-Day Stay (ECF No. 18).

On June 29, 2016, the Court entered its Order requiring Defendant to file and serve an answer or other response to the Amended Complaint within sixty (60) days (ECF No. 19). Defendant timely filed his Motion for Summary Judgment or, Alternatively, Motion to Dismiss on August 29, 2016 (ECF No. 22).

/ / /

MINUTES OF THE COURT
3:15-cv-00342-RCJ-WGC
October 20, 2016
Page Two
_____

     Defendant has complied with Fed. R. Civ. P. 55(a) as well as this Court's Order of June 29, 2016 (ECF No. 19), by filing his answer *or other response* to Plaintiff's Amended Complaint.

     Therefore, Plaintiff's Motion for Entry of Default (ECF No. 36) is **DENIED.**

     **IT IS SO ORDERED.**


                                                LANCE S. WILSON, CLERK

                                          By: _____/s/_____
                                                  Deputy Clerk