UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROLAND P. HAMILTON,<br><br>                    Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, *et al.*,<br>                    Defendant. | Case No.: 3:15-CV-00342-RCJ-WGC<br><br>ORDER |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 43[1]) entered on November 22, 2016, recommending that the Court grant Defendant's Motion for Summary Judgment (ECF No. 22).  On December 7, 2016 Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF No. 46) and Defendant filed an Opposition to Plaintiff's Objections (ECF No. 47) on December 20, 2016.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 43) entered on November 22, 2016, should be ADOPTED and ACCEPTED.

---

[1]  Refers to Court's docket number.

ORDER - 1

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED.

Dated this 4th day of January, 2017.

_____
ROBERT C. JONES
Senior District Judge