# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROLAND P. HAMILTON, | ) | 3:15-cv-00342-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 23, 2018 |
| ROMEO ARANAS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Defendant's Request for Instruction Regarding Scheduling Order (ECF No. 61). In response to Defendant's request, the history of this case, and good cause appearing, ¶¶ 1 and 2 of the second Scheduling Order (ECF No. 59) are **DELETED** and the deadlines appearing in those paragraphs are expunged.

    **IT IS SO ORDERED.**

                                             DEBRA K. KEMPI, CLERK

                                             By: <u>   /s/   </u>
                                                    Deputy Clerk