UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROLAND P. HAMILTON, | Case No.: 3:15-CV-00342-RCJ-WGC |
| Plaintiff, | ORDER |
| vs. | |
| ROMEO ARANAS, *et al.*, Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 84[1]) entered on December 11, 2018, recommending that the Court grant Defendant Dr. Aranas' Renewed Motion for Summary Judgment (ECF No. 70). No objection to the Report and Recommendation has been filled.

This action was referred to Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 84) entered on December 11, 2018, should be adopted and accepted.

IT IS THEREFORE ORDERED that

---

[1] Refers to Court's docket number.

1

IT IS FURTHER ORDERED that Defendant Dr. Aranas' Renewed Motion for Summary Judgment (ECF No. 70) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED.

Dated this 15th day of January, 2019.

ROBERT C. JONES
Senior District Judge